## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. JEROME MARCUS : | |
| : | |
| : | CIVIL ACTION |
| v. : | NO. 21-1037 |
| : | |
| TRUIST FINANCIAL CORPORATION : | |
| f/k/a BB&T BANK; TRUIST ADVISORY : | |
| SERVICES, INC. d/b/a BB&T : | |
| WEALTH f/k/a BB&T SECURITIES LLC; : | |
| TRUIST BANK f/k/a BRANCH BANKING : | |
| &TRUST CO and SUNTRUST BANK : | |

## ORDER

AND NOW, this 13th day of May, 2022, after review of the pending Motion to Dismiss, the oppositions thereto, and having held oral argument, it is hereby **ORDERED** that defendants' Motion to Dismiss is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion. A telephonic Rule 16 Conference will be held on **June 29, 2022, at 11:30.** The parties may call into the telephonic conference at 888-204-5984 and access code 3221457.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**Judge Jeffrey L. Schmehl**